**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6415**

———————

TROY GOODMAN,

                                        Plaintiff - Appellant,

        versus

BRIAN  A.  ABRAHAM,  Prosecuting  Attorney;
SUPREME COURT OF APPEALS OF WEST VIRGINIA,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston.  Elizabeth V. Hallanan,
Senior District Judge.  (CA-02-1370-2)

———————

Submitted:  May 15, 2003          Decided:  May 28, 2003

———————

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Troy Goodman, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Troy Goodman appeals the district court's order accepting the report and recommendation of a magistrate judge and denying his petition for a writ of mandamus. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Goodman v. Abraham</u>, No. CA-02-1370-2 (S.D.W. Va. Mar. 4, 2003). We grant Goodman leave to proceed in forma pauperis on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2